IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF: M. T.. A MINOR CHILD. | No. 84729 |

KATHERINE DEE F.,
Appellant,
vs.
WASHOE COUNTY HUMAN SERVICES
AGENCY,
Respondent.

FILED

AUG 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed without payment of the requisite filing fee. On June 8, 2022, this court denied appellant's motion to proceed in forma pauperis on appeal and directed appellant to seek in forma pauperis status in the district court in the first instance. *See* NRAP 24(a). On June 27, 2022, the district court entered an order denying appellant's application to proceed in forma pauperis.

On July 5, 2022, this court entered an order directing appellant to either pay the filing fee or file a motion to proceed in forma pauperis with this court within 30 days of the date of the order. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not complied. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]In light of this order, no action will be taken on the pending documents submitted by appellant.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-25561

cc: Hon. Paige Dollinger, District Judge, Family Court Division
Katherine Dee F.
Washoe County District Attorney
Washoe District Court Clerk